NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LYNETT S. WILSON,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

2019-2283

Petition for review of the Merit Systems Protection Board in No. PH-0752-17-0329-I-2.

**ON MOTION**

Before MOORE, O'MALLEY, and STOLL, *Circuit Judges.*

O'MALLEY, *Circuit Judge.*

**ORDER**

The Department of Veterans Affairs (DVA) moves to dismiss or transfer this case to federal district court. Lynett S. Wilson opposes.

Ms. Wilson filed an appeal at the Merit Systems Protection Board alleging, among other things, that the DVA discriminated against her when she was construc-

Case 2:20-cv-00019-NT Document 1 Filed 01/17/20 Page 2 of 2 PageID #: 2
Case: 19-2283  Document: 16  Page: 2  Filed: 01/17/2020

2                                                    WILSON v. DVA

tively suspended from work due to the DVA's failure to accommodate her disability. After the Board dismissed her appeal for lack of jurisdiction, Ms. Wilson petitioned this court for review.

Although this court reviews certain decisions of the Board, see 5 U.S.C. § 7703(b)(1)(A), this court's jurisdiction does not extend to cases in which the petitioner pursues a disability discrimination claim, see 5 U.S.C. § 7703(b)(2); *Perry v. Merit Sys. Prot. Bd.*, 137 S. Ct. 1975, 1985 (2017). While Ms. Wilson claims that she only seeks review of the Board's dismissal for lack of jurisdiction, as the DVA notes, disposition of the jurisdictional question in this case would require the court to consider the merits of her discrimination claim, which is beyond our jurisdiction. Instead, review of such cases must be sought in federal district court. *See Perry*, 137 S. Ct. at 1985. This court may transfer cases to another court in which they could have been brought. Here, that court would be the United States District Court for the District of Maine.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

(2) The motion is granted to the extent that the petition and all filings are transferred to the United States District Court for the District of Maine pursuant to 28 U.S.C. § 1631.

FOR THE COURT

January 17, 2020          /s/ Peter R. Marksteiner
     Date                 Peter R. Marksteiner
                          Clerk of Court

s29

ISSUED AS A MANDATE: January 17, 2020