## General Docket
## United States Court of Appeals for the Federal Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 19-2283<br>Wilson v. DVA<br>**Appeal From:** Merit Systems Protection Board<br>**Fee Status:** fee paid | **Docketed:** 08/19/2019 |

**Case Type Information:**
  1) Agency
  2) Board
  3) –

**Originating Court Information:**
  **District:** MSPB-1 : PH-0752-17-0329-I-2
  **Date Rec'd COA:**
  08/19/2019

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| LYNETT S. WILSON<br>Petitioner | Robert Fred Stone, Esq., Attorney General<br>Direct: 413-369-4421<br>Email: rfstoneesq@comcast.net<br>[LD NTC Retained]<br>Law Office of Robert F. Stone<br>PO Box 401<br>Conway, MA 01341 |
| v. | |
| DEPARTMENT OF VETERANS AFFAIRS<br>Respondent | Margaret Jantzen<br>Direct: (202) 353-7994<br>Email: margaret.j.jantzen@usdoj.gov<br>[LD NTC Government]<br>Department of Justice<br>Commercial Litigation Branch, Civil Division<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044 |

| |
|---|
| LYNETT S. WILSON, |
|     Petitioner |
| v. |
| DEPARTMENT OF VETERANS AFFAIRS, |
|     Respondent |

| Date | No. | Entry |
|---|---|---|
| 08/19/2019 | 1 | Appeal docketed. Received: 08/19/2019. [629160] 15(c) due on 09/03/2019. Entry of Appearance due 09/03/2019. Certificate of Interest is due on 09/03/2019. Docketing Statement due 09/18/2019. Certified List due on 09/30/2019. [MMA] [Entered: 08/19/2019 10:11 AM] |
| 09/03/2019 | 2 | Docketing Statement for the Petitioner Lynett S. Wilson. Service: 09/03/2019 by email. [632823] [19–2283] This document is non-compliant. See Doc. No. [3] [Robert Stone] [Entered: 09/03/2019 03:45 PM] |
| 09/04/2019 | 3 | NOTICE OF NON-COMPLIANCE: The submission of Petitioner Lynett S. Wilson, Docketing Statement [2], is not in compliance with the rules of this court (see attached). Compliant documents due on 09/11/2019. Service as of this date by the Clerk of Court. [632959] [MMA] [Entered: 09/04/2019 09:58 AM] |
| 09/05/2019 | 4 | Entry of appearance for Margaret J. Jantzen as principal counsel for Respondent DVA. Service: 09/05/2019 by email. [633447] [19–2283] [Margaret Jantzen] [Entered: 09/05/2019 02:31 PM] |
| 09/09/2019 | 5 | Certified list received. Service: 09/06/2019 by US mail. Refer to Fed. Cir. R. 31 for calculating brief deadlines from service of the certified list. [633930] [MMA] [Entered: 09/09/2019 09:57 AM] |
| 09/10/2019 | 6 | Docketing Statement for the Petitioner Lynett S. Wilson. Service: 09/10/2019 by email. [634495] [19–2283] [Robert Stone] [Entered: 09/10/2019 06:50 PM] |
| 09/10/2019 | 7 | Corrected Entry of appearance for Robert Fred Stone, aty as principal counsel for Petitioner Lynett S. Wilson. Service: 09/10/2019 by email. [634496] [19–2283] [Robert Stone] [Entered: 09/10/2019 06:56 PM] |
| 09/10/2019 | 8 | Corrected Certificate of Interest for Petitioner Lynett S. Wilson. Service: 09/10/2019 by email. [634497] [19–2283] [Robert Stone] [Entered: 09/10/2019 06:59 PM] |
| 09/10/2019 | 9 | Statement Concerning Discrimination pursuant to Fed. Cir. R. 15(c) for Petitioner Lynett S. Wilson. Service: 09/10/2019 by email. [634498] [19–2283] [Robert Stone] [Entered: 09/10/2019 07:06 PM] |
| 09/27/2019 | 10 | Notice to counsel for Respondent DVA: The record of this case indicates that the Docketing Statement has not been filed.. Service as of this date by the Clerk of Court. [638891] [MMA] [Entered: 09/27/2019 04:37 PM] |
| 10/07/2019 | 11 | Docketing Statement for the Respondent DVA. Service: 10/07/2019 by email. [640566] [19–2283] [Margaret Jantzen] [Entered: 10/07/2019 10:48 AM] |
| 11/01/2019 | 12 | MOTION of Petitioner Lynett S. Wilson to extend the time to 12/31/2019 to file the Brief for Petitioner. [Consent: unopposed]. Service: 11/01/2019 by email. [646545] [19–2283] [Robert Stone] [Entered: 11/01/2019 06:24 PM] |
| 11/04/2019 | 13 | MOTION of Respondent DVA to dismiss or transfer [Consent: not addressed]. Service: 11/04/2019 by email. [646749] [19–2283]—[Edited 11/04/2019 by CAB to add correct relief] [Margaret Jantzen] [Entered: 11/04/2019 03:17 PM] |
| 11/07/2019 | 14 | ORDER granting motion to extend time to file brief [12] filed by Petitioner Lynett S. Wilson to the extent that the briefing schedule is stayed per Fed. Cir. R. 31(c) pending disposition of the Department of Veterans Affairs' motion to dismiss or transfer the case. Service as of this date by the Clerk of Court. [647830] [LMS] [Entered: 11/07/2019 03:02 PM] |
| 11/19/2019 | 15 | RESPONSE of Petitioner Lynett S. Wilson to the motion to terminate appeal [13] filed by Respondent DVA in 19–2283. Service: 11/19/2019 by email. [650663]––[Edited 11/20/2019 by MMA – Reason: to correct party filer] [Robert Stone] [Entered: 11/19/2019 04:40 PM] |

| 01/17/2020 | 16 | ORDER filed lifting the stay of the briefing schedule. The motion [13] is granted to the extent that the petition and all filings are transferred to the United States District Court for the District of Maine pursuant to 28 U.S.C. § 1631. ISSUED AS A MANDATE: January 17, 2020. Service as of this date by the Clerk of Court. [664084] [LMS] [Entered: 01/17/2020 10:29 AM] |